# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **TERRESZ L ROBINSON #376930** | **CASE NO. 3:19-CV-00660 SEC P** |
| **VERSUS** | **JUDGE TERRY DOUGHTY** |
| **DARREL VANNOY** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation [Doc. No. 16] of the Magistrate Judge having been considered, no objections having been filed, and finding that the same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, [Doc. No. 1], is **DENIED** and **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED this 30th day of December, 2019, Monroe, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE